**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Russell Clementson, Bar No. 143284
Attorney for the U.S. Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-0276
Email: russell.clementson@usdoj.gov

FILED & ENTERED

MAR 17 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ARMEN MURADIAN,<br><br>    Debtor. | Case No.: 1:19-bk-12970-MB<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR'S MOTION UNDER 11 U.S.C. SECTION 1112(B)<br><br>Date: March 4, 2020<br>Time: 1:30 p.m.<br>Ctrm: 303<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367 |

    The Debtor's Motion to Dismiss this case per § 1112(b) ("Motion") (Dkt # 54) came on for hearing on the above date and time. Appearances were made as reflected on the record. The Court having considered the record herein, the arguments of counsel and interested parties, and for good cause appearing,

    IT IS HEREBY ORDERED that the Motion is granted and that this case be and hereby is CONVERTED to Chapter 7 for the reasons set forth on the record.

//

//

IT IS FURTHER ORDERED that Debtor shall comply with Federal Rule of Bankruptcy Procedure 1019.

\# \# \#

Date: March 17, 2020

Martin R Barash
United States Bankruptcy Judge